FILED
April 11, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D13

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Adversary Title :** | Sousa v. Indymac Bank/One West Bank FSB et al | **Case No :** | 10−94807 − D − 13 |
| | | **Adv No :** | 11−09010 − D |
| | | **Date :** | 4/5/11 |
| | | **Time :** | 10:00 |
| **Matter :** | [6] − Motion/Application to Dismiss Case/Proceeding Filed by Defendant Saxon Mortgage (Isom) | | |
| **Judge :** | Robert S. Bardwil | | |
| **Courtroom Deputy :** | Carlene Walker | | |
| **Reporter :** | NOT RECORDED | | |
| **Department :** | D | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are stated in the civil minutes for the hearing.

IT IS ORDERED that the motion is
denied.
resolved without oral argument.

Dated: April 11, 2011

*Robert S. Bardwil, Judge*
*United States Bankruptcy Court*